| | |
|---|---|
| 1 | **ROBINSON BRADFORD LLP** |
| 2 | Matthew C. Bradford, Esq. (SBN 196798)<br>43471 Ridge Park Drive, Suite C<br>Temecula, California 92590 |
| 3 | |
| 4 | Telephone:   (209) 954-9001<br>Facsimile:   (209) 954-9091<br>matthew@robinsonbradford.net |
| 5 | **TRAHAN LAW GROUP** |
| 6 | Ivan Trahan, Esq. (SBN 75143)<br>43471 Ridge Park Drive, Suite A<br>Temecula, California 92590 |
| 7 | |
| 8 | Telephone:   (951) 693-2080<br>Facsimile:   (951) 257-5805<br>bkattorney@earthlink.net |
| 9 | Attorneys for Plaintiff, Mary Green |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GREEN,<br><br>   Plaintiff,<br><br>vs.<br><br>WELLS FARGO; Does 1-50,<br><br>   Defendants. | Case No. 5:16-CV-01928<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED:**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, MARY GREEN and Defendant, WELLS FARGO by and through their respective counsel of record hereby request dismissal of the entire action with prejudice.

DATED: April 12, 2017        ROBINSON BRADFORD LLP

By: /S/ Matthew C. Bradford
Matthew C. Bradford, Esq.
Attorneys for Plaintiff, Mary Green

1
STIPULATION FOR DISMISSAL WITH PREJUDICE

1
2   DATED: April 12, 2017          TRAHAN LAW GROUP
3
                                   By: /S/ Ivan Trahan
4                                  Ivan Trahan, Esq.
                                   Attorneys for Plaintiff, Mary Green
5
6
7
8   DATED: April 12, 2017          DORSEY & WHITNEY LLP
9                                  By: /S/ Divya S. Gupta
                                   Divya S. Gupta, Esq.
10                                 Attorneys for Defendant, Wells Fargo Bank, N.A.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: April 12, 2017          ROBINSON BRADFORD LLP

By: /S/ Matthew C. Bradford, Esq.
    Matthew C. Bradford, Esq.
    Attorneys for Plaintiff, Mary Green