**ROBINSON BRADFORD LLP**
Matthew C. Bradford, Esq. (SBN 196798)
43471 Ridge Park Drive, Suite C
Temecula, California 92590

Telephone: (209) 954-9001
Facsimile: (209) 954-9091
matthew@robinsonbradford.net

**TRAHAN LAW GROUP**
Ivan Trahan, Esq. (SBN 75143)
43471 Ridge Park Drive, Suite A
Temecula, California 92590

Telephone: (951) 693-2080
Facsimile: (951) 257-5805
bkattorney@earthlink.net

Attorneys for Plaintiff, Mary Green

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GREEN, | Case No. 5:16-CV-01928 |
| Plaintiff, | **ORDER** |
| vs. | |
| WELLS FARGO; Does 1-50, | |
| Defendants. | |

**ORDER**

The Court, having considered the Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff in this action, finds that this action should be dismissed with prejudice.

DATED: April 17, 2017          By: _____
                                United States District Court Judge